# **<u>EXHIBIT C</u>**

| | |
|---|---|
| **From:** | Benson, Nicholas |
| **To:** | Cheney, Ragan |
| **Subject:** | FW: [EXTERNAL] EOS Capital Comp Plans |
| **Date:** | Thursday, April 1, 2021 5:35:01 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | NAM 2021 RSM Kirsten Comp VF 2262021.xlsx |
| | NAM 2021 RSM Comp JP & Ryan VF 2262021 .xlsx |

**From:** Mike LOBINSKY

**Date:** Tuesday, March 30, 2021 at 8:51 AM

**To:** Joe Walland , Eric Dasso , David Sponsel

**Subject:** [EXTERNAL] EOS Capital Comp Plans

**Resent-From:** Joe Walland

**Resent-Date:** Tuesday, March 30, 2021 at 8:51 AM

Eric, Dave and Joe –

Please see attached 2021 EOS Capital RSM Comp plans for reference. We have 2 RSM's at a quota of 7 and the other (new to EOS - started 2 weeks ago) with a quota of 6.

Looking forward to building these out further as a combined business.

Mike

**Mike LOBINSKY**

*CEO*

EOS imaging | 4980 Constellation Drive | Saint Paul, MN , 55127

+1 651 271 6200 |

eos-imaging.com | eos-edge.com