# **EXHIBIT F**

**From:** Benson, Nicholas
**To:** Cheney, Ragan
**Subject:** FW: [EXTERNAL] April 12th QPR - EOS Planning
**Date:** Thursday, April 1, 2021 5:34:37 PM
**Attachments:** image001.png
image002.png
image003.png

**From:** Mike LOBINSKY

**Date:** Wednesday, March 31, 2021 at 12:11 PM

**To:** Eric Dasso , Joe Walland , David Sponsel

**Subject:** [EXTERNAL] April 12th QPR - EOS Planning

**Resent-From:** Joe Walland

**Resent-Date:** Wednesday, March 31, 2021 at 12:11 PM

Eric, Dave and Joe – Good spending the time together this week. As a follow up to yesterday's meeting and as we prepare for your upcoming QPR I have put together the bullet points below which were identified as "what to cover" with your sales leadership during our time on the 12th of April.

**EOS:**

1. Deal highlights – Why is ATEC acquiring EOS / deal rationale – Dasso
2. EOS overview:
    a. Company History and install base growth over time – Mike
    b. Portfolio (EOS, EOSedge and AOS) – Graham / Dana
    c. Profile of the ideal EOS target (surgeon, facility) – Graham
    d. How is EOS different than other modalities – what happens today and why is EOS solution so much better:

i. Clinical (Patient, Surgeon, Facility) benefits – Dana

ii. Strategic benefits – Marketing, market development, workflow efficiencies, program growth examples – Aaron

iii. Financial rationale (ROI Examples) – Graham

    e. High level process overview (order to install today) – EW
2. Sales Alignment and what is required today as well as expectations to come, What to do with leads today – Dave / Joe
3. Draft Comp Structure – Dave / Joe
4. Value prop today and plan for future – Dasso
5. Timelines and what's to come – Dasso, Dave, Joe
6. Q&A

It would be great if you could confirm the above captures what we are looking to cover in this first session and that I am not missing anything. We will assemble the presentation and will share with you early next week for initial review.

Is it also possible to schedule the time of the EOS section for mid-afternoon to allow for Monday morning travel in? If not conducive I will have those flying in arrive on Sunday night.

Thx,
Mike

**Mike LOBINSKY**
*CEO*

EOS imaging | 4980 Constellation Drive | Saint Paul, MN , 55127
+1 651 271 6200 |
eos-imaging.com | eos-edge.com