AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Medtronic, Inc., Medtronic Sofamor Danek, Inc., Medtronic Sofamor Danek USA, Inc., and Medicrea USA, Corp. <br> *Plaintiff* <br> v. <br> Joseph F. Walland, Jr. <br> *Defendant* | ) <br> ) <br> ) Case No. <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Medtronic, Inc., Medtronic Sofamor Danke, Inc., Medtronic Sofamor Danke USA, Inc., Medicrea USA, Corp.

Date: 04/05/2021

/s/ James W. Perkins
*Attorney's signature*

James W. Perkins (NY 2191880)
*Printed name and bar number*

200 Park Avenue
New York, NY 10166
*Address*

perkinsj@gtlaw.com
*E-mail address*

(212) 801-3188
*Telephone number*

(212) 224-6137
*FAX number*