

James W. Perkins
Tel 212.801.9200
perkinsj@gtlaw.com

April 9, 2021

**VIA CM/ECF**

Honorable Edgardo Ramos
United States District Judge
United States District Court,
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 619
New York, NY 10007

RE:   Medtronic, Inc. et al v. Walland, Civ. Action No: 1:21-CV-02908 (ER)(OTW)

Dear Judge Ramos:

Together with Maslon LLP (*pro hac* applications being filed) we are counsel to the Plaintiffs in the above-captioned matter which was recently assigned to Your Honor.

Last night Plaintiffs filed an emergency application for a preliminary injunction with temporary restraining order and request that they be heard at the Court's earliest convenience. This matter concerns written employment agreements that Defendant Joseph F. Walland, Jr. signed with Plaintiff Medicrea USA, Corp. ("Medicrea") for which he served as Chief Executive Officer in New York City for substantial compensation and, thereafter, terminated his employment relationship. Following Plaintiff Medtronic's acquisition of Medicrea, Mr. Walland resigned his employment and soon thereafter joined a direct competitor in a senior role and in direct violation of his agreements with Medicrea. Worse for Plaintiffs, Mr. Walland has disavowed his obligations not to compete with Plaintiffs or share their confidential, competitive information, claiming they are unenforceable.

The parties agreed in the employment agreements that any dispute concerning their terms was subject to mediation and arbitration in New York. Plaintiffs have initiated that process as provided. They have initiated this case in order to prevent irreparable harm they are facing by Mr. Walland working for a direct competitor, and to preserve their rights pending mediation/arbitration, including to preserve the status quo to which Mr. Walland agreed in his employment agreements with Medicrea. Without a temporary restraining order and preliminary injunction Mr. Walland will continue to materially breach his agreements with Medicrea, and, as detailed in Plaintiff's moving papers, continue to divulge Plaintiffs' confidential, proprietary and competitive information to their direct competitor.

Honorable Edgardo Ramos
April 8, 2021
Page 2

Mr. Walland was served with the Summons and Complaint on Wednesday April 6, 2021, through a legal officer of his current employer, as agreed.

We are available to be heard at the Court's earliest convenience.

Respectfully Submitted,

James W. Perkins

cc:     Joseph F. Walland, Jr. (via email)
        Jason C. Hamilton, Esq. (via email)
        William Z. Pentelovich, Esq. (via email)
        Peter C. Hennigan, Esq. (via email)
        John T. Duffey, Esq. (via email)
        All Counsel of Record (via ECF)