# MEMO ENDORSED



**William Z. Pentelovitch**
Direct Dial: 612.672.8338
Direct Fax: 612.642.8338
bill.pentelovitch@maslon.com

April 16, 2021

**VIA CM/ECF**

**CONFIDENTIAL: COURT AND ATTORNEYS' EYES ONLY**

Honorable Edgardo Ramos
United States District Judge
United States District Court,
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 619
New York, NY

> Plaintiffs' request is granted. The Clerk of Court is respectfully directed to terminate the motion. Doc. 36.
>
> So ordered.
>
> Edgardo Ramos, U.S.D.J
> Dated: 4/16/2021
> New York, New York

Re:  *Medtronic, Inc., et al. v. Walland*
     Civil Action No.: 1:21-CV-02908 (ER)(OTW)

Dear Judge Ramos:

    We are co-counsel (*pro hac vice*) to Plaintiffs in the above-reference matter and submit this letter motion pursuant to the Court's Individual Rules 1E and 2B(i) for leave to file a short (5 pages of argument) response to Defendant's choice of law briefing filed yesterday in connection with Plaintiffs' emergency application for a preliminary injunction. We attach a copy of the proposed brief, which sets forth additional authorities demonstrating why New York law controls this dispute and why Defendants have misread applicable law in contending California law controls.

    We are available to address any questions the Court may have about this proposed filing.

Respectfully submitted,

William Z. Pentelovitch

WZP:kb
Attachment

cc:    All Counsel of Record (via ECF)