**GT** GreenbergTraurig

James W. Perkins
Tel 212.801.9200
perkinsj@gtlaw.com

October 21, 2021

**VIA CM/ECF**

Honorable Edgardo Ramos
United States District Judge
United States District Court,
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 619
New York, NY 10007

      **RE:   Medtronic, Inc. et al v. Walland, Civ. Action No: 1:21-CV-02908 (ER)(OTW)**

Dear Judge Ramos:

      Together with Maslon LLP we are counsel for Plaintiffs in the above-referenced action. We write to inform the Court that the parties are currently in active settlement negotiations.

      To facilitate these negotiations, the parties respectfully request that the Court reschedule the initial conference currently scheduled for 4:15 p.m. today, October 21, 2021, to the next available date on the Court's calendar after November 18, 2021.

      Counsel for Defendant Joseph F. Walland, Jr. is copied on this communication and has provided me written confirmation of Defendant's agreement to submit this rescheduling request.

      Respectfully Submitted,

      James W. Perkins

cc:    All Counsel of Record (via ECF)