# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDTRONIC, INC., MEDTRONIC SOFAMOR DANEK, INC., MEDTRONIC SOFAMOR DANEK USA, INC., AND MEDICREA USA, CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH F. WALLAND, JR.,<br><br>Defendant. | Civil Action No. 1:21-CV-02908 (EG) (OTW)<br><br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Medtronic Inc., Medtronic Sofamor Danek, Inc., Medtronic Sofamor Danek USA, Inc., and Medicrea USA, Corp. (collectively, "Plaintiffs") and Defendant Joseph F. Walland, Jr. ("Defendant"), by and through their undersigned counsel, hereby stipulate that Plaintiffs' claims against Defendant be and are dismissed without prejudice in their entirety.

Dated: December 3, 2021
New York, New York

| | |
|---|---|
| **GREENBERG TRAURIG LLP**<br><br>James W. Perkins<br>Eric Sigda<br>Adam Kirschbaum<br>Met Life Building<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 801-9200<br>perkinsj@gtlaw.com<br>sigdae@gtlaw.com<br>kirschbauma@gtlaw.com<br><br>-and-<br><br>William Z. Pentelovitch (MN #85078)<br>(*pro hac vice*)<br>John C. Duffey (MN #0392157)<br>(*pro hac vice*)<br>Peter C. Hennigan (MN #031089X)<br>(*pro hac vice*)<br>**MASLON LLP**<br>3300 Wells Fargo Center<br>90 South Seventh Street | **MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**<br><br>Andrew Bernstein<br>Brie Kluytenaar<br>The Chrysler Center<br>666 Third Avenue, 25th Floor<br>New York, New York 10017<br>Phone: (212) 935-3000<br>Fax: (212) 983-3115 AJBernstein@mintz.com<br>BKluytenaar@mintz.com |